## HARTFORD NATIONAL BANK AND TRUST COMPANY *v.* ESSEX YACHT SALES, INC., ET AL.

The petition of the intervening defendant, First Pennsylvania Bank, N.A., for certification for appeal from the Appellate Court, 4 Conn. App. 58, is dismissed.

*Lawrence M. Lapine,* in support of the petition.

*Patricia B. Perkins,* in opposition.

Decided July 10, 1985

## MARY CARRIONE *v.* STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court, 3 Conn. App. 633, is denied.

*Edward R. Karazin, Jr.,* in support of the petition.

*Frank A. Iannotti,* deputy assistant state's attorney, in opposition.

Decided July 10, 1985

## JOSEPH A. FORTINI *v.* NEW ENGLAND LOG HOMES, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 4 Conn. App. 132, is dismissed.

*Jonathan J. Einhorn,* in support of the petition.

*Anthony P. DeLio,* in opposition.

Decided July 10, 1985